# MEMORANDUM DECISIONS.

THE ALGERIA. THE MAJESTIC. THE ELLEN S. JENNINGS. THE BAILEY. (Circuit Court of Appeals, Third Circuit. June 15, 1908.) No. 28. Appeal from the District Court of the United States for the Eastern District of Pennsylvania. W. M. Harris, for the Majestic. Howard W. Yocum, for the Algeria. John F. Lewis and Francis C. Adler, for the Ellen S. Jennings and the Bailey. Before DALLAS, GRAY, and BUFFINGTON, Circuit Judges.

GRAY, Circuit Judge. This cause is before us upon appeals taken by the steamship Algeria and the tug Majestic, respondents below, from the decree of the District Court of the United States for the Eastern District of Pennsylvania, in admiralty, wherein both respondents were found to be at fault for a collision between the steamship and a tow of barges which the tug had in charge, and the damages resulting from which to the barges Ellen S. Jennings and Bailey were ordered to be divided equally between said respondents. After a careful consideration of the voluminous and somewhat conflicting evidence disclosed by the record, and of the elaborate arguments and briefs of the libelants and respondents respectively, we cannot do otherwise than adopt the findings of fact made by the court below in its opinion, and the conclusions founded thereon. See 155 Fed. 902. The decree of the court below is therefore affirmed.

AMERICAN CAN CO. v. McGINNIS et al. (Circuit Court of Appeals, Fourth Circuit. May 18, 1908.) No. 787. Appeal from the Circuit Court of the United States for the District of Maryland. John W. Munday and Edmund Adcock (John P. Poe & Sons and Munday, Evarts, Adcock & Clarke, on the brief), for appellant. Charles Markell, Jr. (Gans & Haman, on the brief), for appellees. Before PRITCHARD, Circuit Judge, and PURNELL and DAYTON, District Judges.

PER CURIAM. The learned judge of the court below, in determining this case, filed a very full and satisfactory opinion, which will be found in 156 Fed. 784. The conclusions reached by him in this opinion, after a careful examination of the record by us, are fully approved. It is therefore ordered that the decree of the court below be in all respects affirmed. Affirmed.

THE JOHN FLEMING. THE SHANNON. THE SUIR. THE BESSIE WHITING. (Circuit Court of Appeals, Second Circuit. May 5, 1908.) Nos. 257, 258. Appeals from the District Court of the United States for the Eastern District of New York. Peter S. Carter, for Brown & Fleming Contracting Co. James J. Macklin and La Roy S. Gove, for the John Fleming. Wing, Putnam & Burlingham, for the Bessie Whiting. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Affirmed on opinion of district judge, reported in 149 Fed. 904.